1  JAMES GRZESLO; CDCR NO. BB-2085; B-1
2  VALLEY STATE PRISON
3  P.O. BOX 96
4  CHOWCHILLA, CALIFORNIA 93610-0096
5  PRO SE LITIGANT IN FORMA PAUPERIS

FILED
MAY 11 2022
CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY CLERK

RECEIVED
MAY 11 2022
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION

13  JAMES GRZESLO,                    CASE NO.: 1:21-CV-01371-JLT-EPG (PC)
14  PLAINTIFF,
15                                    PLAINTIFF'S THIRD
16      V.                            AMENDED COMPLAINT.
17
18  B. SUAZO, CORRECTIONAL
19  OFFICER - VALLEY STATE PRISON,    REF: 42 U.S.C. § 1983 CIVIL RIGHTS
20  DEFENDANT.                        ACTION; FIRST AND FOURTEENTH
21                                    AMENDMENTS; CIVIL RIGHTS ACT.
22
23              JURISDICTION
24  PURSUANT TO 28 U.S.C. §§ 1331 AND 1343 OF THIS 42 U.S.C.
25  § 1983 CIVIL RIGHTS COMPLAINT, THIS FEDERAL COURT IS
26  THE COURT OF COMPETENT JURISDICTION. (DOC. 26 REF.).
27  ///

1

## INTRODUCTION

1. For good cause, this Plaintiff timely files his 42 U.C.S. §1983 Civil Action Complaint against Prison Guard B. Suazo for his wanton disregard to and violation of Plaintiff's Federal Constitutional Rights by interfering and damaging Plaintiff's personal religious Hebrew prayers and his sacred religious garment.

2. The Federal Constitution "creates the right of action against a person who, under the color of state law, subjects another to cruelty and deprivation of any right secured by the United States Constitution." (Paul v. Davis, 424 U.S. 693, 96 S. Ct. 1155, 47 L.Ed. 2d 405, 1976 U.S. Lexis 112).

3. This Plaintiff, for further good cause, timely files his actionable complaint of "factual allegations required for evidentiary support" in accordance with Fed. R. Civ. P. 11(b)(3), as well as Fed. R. Civ. P. 26(a)(1).

4. Defendant B. Suazo has concurred in action previously filed by the Plaintiff pertaining to this First, Eighth and Fourteenth Amendments — intentional, malicious violations of Constitutional magnitude. Now, Plaintiff seeks the Court's authority for Suazo's punishable crime and Plaintiff's relief.

///

## COMPLAINT

For good cause, Plaintiff has duly exhausted all his administrative remedies pursuant to the Prison Litigation Reform Act of 1986 (42 U.S.C. § 1997e); and as mandated under Jones v. Bock, 549 U.S. 199, 211, 127 S. Ct. 910, 918-919 (2007). Therefore, this filing is timely, actionable for the premeditated, wanton, anti-Semitic behavior from a prison custody officer who has taken a sworn oath to uphold the law and the Constitutions of the United States and the State of California.

## CLAIM I:

That Correctional Officer B. Sinzo, AID, while working Building One on Bravo Yard at Valley State Prison located in Chowchilla, California, inspect the locked pod of 6-man Room 09 on Saturday evening September 25, 2021.

1. Plaintiff examined his opened wall locker to notice his small black religious bag had been opened and a Hebrew religious and sacred prayer item had been removed. (See Exhibit "A").

2. The two sacred Hebrew (Jewish) religious products now missing are pictured on the far right of Exhibit "A"

3

3. Properly called "TEFILLIN" (Hebrew word for 'prayer'), each box contains the most sacred of all Jewish prayers — the SHEMA (pronounced Sho-má). The sacred Shema prayer and Tefillin dates back 3600 years ago to Abraham. As with all Jewish males, Plaintiff's twin Tefillin cases have had a Hebrew scribe write the entire Shema for each box, written on parchment and sealed with lamb's skin in Israel — thus making them "KOSHER" (pure) — not meaning, "blessed by a Rabbi."

4. Plaintiff is an Orthodox Jew and the son of two Holocaust survivors from a place called Auschwitz, Poland (father) — Warsaw Ghetto, Poland (mother). The Tefillin are from my late father. As of the Tefillin/prayers taken for premeditated anti-semitic hate crime by Suazo — they are ruined.

5. Suazo has openly admitted he knew Plaintiff was "a Jew". He later ordered a prisoner from the same pod to venture in to a rainfilled night to search numerous dumpsters filled with garbage and refuse for Plaintiff's sacred religious property. More than a hour later, soaking wet, the prisoner returns to Pod 09 with the destroyed, sopping wet sacred instruments of the Jewish faith.

## CLAIM II

Correctional Officer, B. Suazo committed an intentional, premeditated hate crime and anti-semitism as "destroying"

4

PLAINTIFF'S SACRED RELIGIOUS PROPERTY; PURSUANT TO 42 U.S.C. §§ 1981 AND 2000d.

1. WE AGAIN MUST CONCUR IN FOULK v. CHARRIER, 262 F.3d 687, 698 (8TH CIR. 2001), "THAT INMATE EXHAUSTED HIS AVAILABLE ADMINISTRATIVE REMEDIES WHERE HIS TESTIMONY ESTABLISHES THAT PRISON OFFICIALS FAILED TO RESPOND TO HIS INFORMAL RESOLUTION REQUESTS..."

2. LIKEWISE, WHEN JONES v. BLOCK (Id.) IS CAREFULLY EXAMINED (AT 919-922; SPECIFICALLY AT 921), "...INMATES ARE NOT REQUIRED TO SPECIFICALLY PLEAD OR DEMONSTRATE EXHAUSTION IN THEIR COMPLAINTS".

3. OFFICIALS INVOLVED IN THIS §1983, SPECIFICALLY SURZO, IGNORED ACTS OF ANTI-SEMITIC HATE CRIMES WITH: "ACTS OF DELIBERATE INDIFFERENCE EXISTS WHEN AUTHORITY KNOWS THAT INMATES FACE A SUBSTANTIAL RISK OF SERIOUS HARM AND DISREGARDS THAT RISK BY FAILING TO TAKE REASONABLE MEASURES TO ABATE IT." (SCOTUS MANDATE IN FARMER v. BRENNAN, 511 U.S. 825, 114 S. CT. 1970 (1994)). FURTHER OPINED BY SCOTUS, "THE PLAINTIFF IS NOT REQUIRED TO PRODUCE A 'SMOKING GUN' OF DELIBERATE INDIFFERENCE." (FARMER, Id.).

4. THE FIRST AMENDMENT GUARANTEES EVEN THE PRISONER RIGHT OF RELIGIOUS BELIEF WITHOUT HARMING ENTITIES SECURITY, SURZO DEPRIVED PLAINTIFF OF HIS BASIC, FUNDAMENTAL CONSTITUTIONAL

5

1  RIGHTS AND THEREFORE VIOLATED AND ABRIDGED HIS EIGHTH
2  AMENDMENT PROTECTION AGAINST CRUEL AND UNUSUAL PUNISHMENT.
3  IN BARRETT v. CITY OF ALLENTOWN, 152 F.R.D. 50, 1993 U.S.
4  DIST. LEXIS 19591 (E.D. PA. 1993) HELD, AN EIGHTH AMENDMENT
5  VIOLATION INCLUDES MUCH MORE THAN SIMPLY HOUSING OF PRISONERS.
6  "PLAINTIFF MUST ALLEGE THAT THE AGENT(S) OF THE STATE
7  COMMITTED ACT AS PUNISHMENT SHOCKING THE CONSCIOUS."
8  (ALSO SEE 42 U.S.C. § 12112). PLAINTIFF HAS DEMONSTRATED THE
9  "SHOCKING" ACTS OF ANTI-SEMITISM, HATE CRIME OF DEFEND-
10 ANT B. SUAVO. (SEE CALDWELL v. MILLER, 790 F.2d 589, 1986).

12 5. IN GITTLEMACKER v. PRASSE, 428 F.2d 1 (3RD CIR. 1970) DEALT
13 WITH THE RELIGIOUS RIGHTS OF PRISONERS. AS IN LONG v. PARKER,
14 390 F.2d 816, 822 (3RD CIR. 1968), THE COURT EMPHASIZED, "TO
15 JUSTIFY THE PROHIBITION OF RELIGIOUS LITERATURE, THE
16 PRISON OFFICIALS MUST PROVE THAT THE RELIGIOUS WRITING
17 CREATES A CLEAR AND PRESENT DANGER OF A BREACH OF PRISON
18 SECURITY OR DISCIPLINE OR SOME OTHER SUBSTANTIAL INTER-
19 FERENCE WITH THE ORDERLY FUNCTIONING OF THE INSTITUTION."
20 SUAVO COULD NOT AND DID NOT SUBSTANTIATE OR DEMONSTRATE
21 THAT HIS ANTI-SEMITIC OR WHAT HIS ARROGANT DID PROVES
22 ONE POINT IN FAVOR OF HIS UNCONSTITUTIONAL BEHAVIORS.

24 6. THIS MISCONDUCT FURTHER VIOLATES TITLE VI AND VII
25 OF THE CIVIL RIGHTS ACT OF 1964 AS DETERMINED BY
26 THE COURT.
27 ///

6

## RELIEF

Since an Equal Protection claim is actionable under §1983, Custody Officer B. Suazo admitted verbally and by his repeated actions to ignore, abrogate and violate Plaintiff's First, Eighth, Fourteenth Amendment / Civil Rights, he is guilty.

1. Therefore, pursuant to the 14th Amendment, §1- "All persons born or naturalized in the United States, and subject to the jurisdiction thereof, are citizens of the U.S. wherein they reside. No state shall make or enforce any law which shall abridge the privileges or immunities of citizens of the U.S.; nor shall any state deprive any person of life or property without due process of law; nor deny to any person within its jurisdiction the equal protection of the law." Suazo denied Plaintiff of all.

2. Termination of State Employment; garnish of up to 40% payroll income, assets, real/personal properties, bank accounts, retirement accounts, future earnings for payment of $50,000.00. Total sum to be paid in full over 3 years in net payments, without interest.

3. Trial by Jury at discretion of the Honorable Court.

4. Settlement Hearing; Evidentiary Hearing Warranted as scheduled by the Court.

7

## CONCLUSION

PLAINTIFF GRZESLO PRAYERFULLY MOVES THIS HONORABLE COURT TO FIND HIS SECTION 1983 COMPLAINT AS ACTIONABLE SO AS TO PROCEED.

RESPECTFULLY,

JAMES GRZESLO, PLAINTIFF

EXECUTED: MAY 09, 2022

## DECLARATION

I, JAMES GRZESLO, AM THE PLAINTIFF AND A PARTY TO THIS FEDERAL DISTRICT COURT ACTION AGAINST THE NAMED DEFENDANT(S). PURSUANT TO THE PENALTIES FOR PERJURY, THE DOCUMENTS AND WRITING CONTAINED HEREIN IS TRUE AND CORRECT.

I AM,

JAMES GRZESLO, PLAINTIFF

EXECUTED: MAY 09, 2022

CC: -LEGAL FILE
    -ATTY GEN.

# EXHIBIT A

Description of this Exhibit  _DESCRIPTIVE PHOTOGRAPHS OF HEBREW MOST SACRED PRAYER AND TEFILLIN (PHYLACRITIES) WEAR. PRAYER = "SHEMA". ITEMS THROWN AWAY BY C.O. SUAZO._

Number of Pages  _1_

[Hebrew transliteration text - Column A:]

**Hareini** mekabel al mitzvat asei shel "v'ahavta lerei'acha kamocha."

**שמע** Shema Yisrael Ado-nai E-loheinu Ado-nai echad.

**ברוך** Baruch shem kevod malchuto l'olam va'ed.

**ואהבת** V'ahavta et Ado-nai E-lohecha, bechal levavcha, uvechal nafshecha, uvechal me'odecha. Vehayu hadevarim ha'eileh, asher Anochi metzavcha hayom, al levavecha. Veshinantam levanecha vedibarta bam, beshivtecha beveitecha uvelech'techa vaderech, uveshach'becha uvekumecha. Ukeshartam le'ot al yadecha, vehayu letotofot bein eineicha. Uchetavtam al mezuzot beitecha, uvishe'arecha.

**והיה** Vehaya im shamo'a tishme'u el mitzvotai, asher Anochi metzaveh et'chem hayom, le'ahavah et Ado-nai E-loheichem ul'avdo, bechal levavchem uvechal nafshechem. Venatati metar artzechem be'ito yoreh umalkosh, ve'asafta deganecha, vetirosh'cha veyitz'harecha. Venatati eisev besadcha livhemtecha, ve'achalta vesavata. Hishamru lachem pen yifteh levavchem, vesartem va'avadetem elohim acheirim vehishtachavitem lahem. Vecharah af Ado-nai bachem, ve'atzar et-hashamayim velo yihiyen matar vehadamah lo titein et yevulah, va'avadetem meheirah me'al ha'aretz hatovah asher Ado-nai notein lachem. Vesamtem et devarai elleh al levavchem ve'al nafshechem, ukeshartam le'ot al yed'chem vehayu letotofot bein eineichem. Velimadetem otam et beneichem ledaber bam, beshivtecha beveitecha uvelechtecha vaderech uveshachbecha uvekumecha. Uchetavtam al mezuzot beitecha uvishe'arecha. Lema'an yirbu yemeichem veyemei veneichem al ha'adamah asher nishba Ado-nai la'avoteichem lateit lahem, kiymei hashamayim al ha'aretz.

**ויאמר** Vayomer Ado-nai el Moshe leimor. Daber el benei Yisrael ve'amarta aleihem ve'asu lahem tzitzit al kanfei vigdeihem ledorotam, venatnu al tzitzit hakanaf petil techeilet. Vehaya lachem letzitzit, ur'item oto, uzechartem et kol mitzvot Ado-nai va'asitem otam. Velo taturu acharei levavechem ve'acharei eineichem asher atem zonim achareihem. Lema'an tizkeru va'asitem et kol mitzvotai, viheyitem kedoshim le'E-loheichem. Ani Ado-nai E-loheichem, asher hotzeiti et'chem me'eretz mitzrayim lihiyot lachem le'E-lohim, Ani Ado-nai E-loheichem. Emet.

**אך** Ach tzadikim yodu lishmecha yeishvu yesharim et panecha.

(A)

PHOTO-COPY OF HEBREW TRANSLITERATION OF HOLIEST PRAYER "SHEMA" RECITED 5 TIMES EVERY DAY FOR ORTHODOX JEWS; 3 TIMES EVERY DAY FOR OBSERVANT JEWS.

---

[Column B - Hebrew text:]

It is a mitzva to say the Shema outloud and mention the exodus of Egypt (the last few lines of the 3rd paragraph) morning and evening daily.

הרני מקבל על מצות עשה של ואהבת לרעך כמוך

שְׁמַע יִשְׂרָאֵל יְיָ אֱלֹהֵינוּ יְיָ | אֶחָד:

בָּרוּךְ שֵׁם כְּבוֹד מַלְכוּתוֹ לְעוֹלָם וָעֶד:

וְאָהַבְתָּ אֵת יְיָ אֱלֹהֶיךָ, בְּכָל לְבָבְךָ, וּבְכָל נַפְשְׁךָ, וּבְכָל מְאֹדֶךָ: וְהָיוּ הַדְּבָרִים הָאֵלֶּה, אֲשֶׁר אָנֹכִי מְצַוְּךָ הַיּוֹם, עַל לְבָבֶךָ: וְשִׁנַּנְתָּם לְבָנֶיךָ וְדִבַּרְתָּ בָּם, בְּשִׁבְתְּךָ בְּבֵיתֶךָ, וּבְלֶכְתְּךָ בַדֶּרֶךְ, וּבְשָׁכְבְּךָ וּבְקוּמֶךָ: וּקְשַׁרְתָּם לְאוֹת עַל יָדֶךָ, וְהָיוּ לְטֹטָפֹת בֵּין עֵינֶיךָ: וּכְתַבְתָּם עַל מְזֻזוֹת בֵּיתֶךָ, וּבִשְׁעָרֶיךָ:

וְהָיָה אִם שָׁמֹעַ תִּשְׁמְעוּ אֶל מִצְוֹתַי אֲשֶׁר אָנֹכִי מְצַוֶּה אֶתְכֶם הַיּוֹם, לְאַהֲבָה אֶת יְיָ אֱלֹהֵיכֶם וּלְעָבְדוֹ, בְּכָל לְבַבְכֶם וּבְכָל נַפְשְׁכֶם: וְנָתַתִּי מְטַר אַרְצְכֶם בְּעִתּוֹ יוֹרֶה וּמַלְקוֹשׁ, וְאָסַפְתָּ דְגָנֶךָ וְתִירֹשְׁךָ וְיִצְהָרֶךָ: וְנָתַתִּי עֵשֶׂב בְּשָׂדְךָ לִבְהֶמְתֶּךָ, וְאָכַלְתָּ וְשָׂבָעְתָּ: הִשָּׁמְרוּ לָכֶם פֶּן יִפְתֶּה לְבַבְכֶם, וְסַרְתֶּם וַעֲבַדְתֶּם אֱלֹהִים אֲחֵרִים וְהִשְׁתַּחֲוִיתֶם לָהֶם: וְחָרָה אַף יְיָ בָּכֶם וְעָצַר אֶת הַשָּׁמַיִם וְלֹא יִהְיֶה מָטָר, וְהָאֲדָמָה לֹא תִתֵּן אֶת יְבוּלָהּ, וַאֲבַדְתֶּם מְהֵרָה מֵעַל הָאָרֶץ הַטֹּבָה אֲשֶׁר יְיָ נֹתֵן לָכֶם: וְשַׂמְתֶּם אֶת דְּבָרַי אֵלֶּה עַל לְבַבְכֶם וְעַל נַפְשְׁכֶם, וּקְשַׁרְתֶּם אֹתָם לְאוֹת עַל יֶדְכֶם וְהָיוּ לְטוֹטָפֹת בֵּין עֵינֵיכֶם: וְלִמַּדְתֶּם אֹתָם אֶת בְּנֵיכֶם לְדַבֵּר בָּם, בְּשִׁבְתְּךָ בְּבֵיתֶךָ וּבְלֶכְתְּךָ בַדֶּרֶךְ וּבְשָׁכְבְּךָ וּבְקוּמֶךָ: וּכְתַבְתָּם עַל מְזוּזוֹת בֵּיתֶךָ וּבִשְׁעָרֶיךָ: לְמַעַן יִרְבּוּ יְמֵיכֶם וִימֵי בְנֵיכֶם עַל הָאֲדָמָה אֲשֶׁר נִשְׁבַּע יְיָ לַאֲבֹתֵיכֶם לָתֵת לָהֶם, כִּימֵי הַשָּׁמַיִם עַל הָאָרֶץ:

וַיֹּאמֶר יְיָ אֶל מֹשֶׁה לֵּאמֹר: דַּבֵּר אֶל בְּנֵי יִשְׂרָאֵל וְאָמַרְתָּ אֲלֵהֶם, וְעָשׂוּ לָהֶם צִיצִת עַל כַּנְפֵי בִגְדֵיהֶם לְדֹרֹתָם, וְנָתְנוּ עַל צִיצִת הַכָּנָף, פְּתִיל תְּכֵלֶת: וְהָיָה לָכֶם לְצִיצִת, וּרְאִיתֶם אֹתוֹ, וּזְכַרְתֶּם אֶת כָּל מִצְוֹת יְיָ, וַעֲשִׂיתֶם אֹתָם, וְלֹא תָתוּרוּ אַחֲרֵי לְבַבְכֶם וְאַחֲרֵי עֵינֵיכֶם, אֲשֶׁר אַתֶּם זֹנִים אַחֲרֵיהֶם: לְמַעַן תִּזְכְּרוּ וַעֲשִׂיתֶם אֶת כָּל מִצְוֹתָי, וִהְיִיתֶם קְדֹשִׁים לֵאלֹהֵיכֶם: אֲנִי יְיָ אֱלֹהֵיכֶם אֲשֶׁר הוֹצֵאתִי אֶתְכֶם מֵאֶרֶץ מִצְרַיִם לִהְיוֹת לָכֶם לֵאלֹהִים, אֲנִי יְיָ אֱלֹהֵיכֶם: אֶמֶת

אַךְ צַדִּיקִים יוֹדוּ לִשְׁמֶךָ יֵשְׁבוּ יְשָׁרִים אֶת פָּנֶיךָ



(B)

PHOTO-COPY OF HEBREW (JEWS) HOLIEST PRAYER IN ACTUAL HEBREW → THE "SHEMA" (PRONOUNCED SHƏ-mă)

---



KOSHER "SHEMA" SCROLL IN EACH TEFILLIN CONTAINER, HANDWRITTEN BY SCRIBE IN ISRAEL.

(C)

PHOTO/DRAWING OF "TEFILLIN" WORN DURING MORNING PRAYERS DAILY.

PLAINTIFF'S EXHIBIT "A" FOR THIRD AMENDED FEDERAL COMPLAINT. 5/2022
CASE NO. 1:21-CV-01371-JLT-EPG.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

JAMES GRZESIO,
Plaintiff,

v.

Case Number: 1:21-cv-01371-JLT-EPG (PC)

B. SUAZO, C.O. Valley State Prison,

PROOF OF SERVICE

DEFENDANT.

I hereby certify that on MAY 9TH, 2022, I served a copy of the attached "PLAINTIFF'S THIRD AMENDED COMPLAINT", by placing a copy in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the United States Mail at VALLEY STATE PRISON, CHOWCHILLA, CA 93610.-0096.

(List Name and Address of Each Defendant or Attorney Served)

| | |
|---|---|
| THE HONORABLE CLERK OF COURT<br>U.S. DISTRICT COURT<br>EASTERN DISTRICT OF CALIFORNIA<br>FRESNO DIVISION<br>2500 TULARE STREET, SUITE 1501<br>FRESNO, CALIFORNIA 93721 | OFFICE OF THE ATTORNEY GENERAL<br>2550 MARIPOSA MALL<br>SUITE 5090<br>FRESNO, CALIFORNIA 93721-2771 |

I declare under penalty of perjury that the foregoing is true and correct.

5-09-2022

(Signature of Person Completing Service)