IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES GRZESLO,<br><br>                    Plaintiff,<br><br>            v.<br><br>B. SUAZO,<br><br>                    Defendant. | 1:21-cv-01371-JLT-EPG (PC)<br><br>ORDER GRANTING MOTION FOR EXTENSION OF TIME TO FILE STATEMENT; DIRECTING CLERK TO UPDATE PLAINTIFF'S ADDRESS<br><br>(ECF No. 58) |

  Plaintiff James Grzelso is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. This case proceeds on Plaintiff's First Amendment claim against Defendant Suazo.

  On April 13, 2023, this Court entered an order requiring the parties to file statements regarding scheduling and discovery within 30 days from the date of service of the order. (ECF No. 57). This matter is now before the Court on Plaintiff's motion for a 45-day extension to file his statement. (ECF No. 58).

  As grounds, Plaintiff states that he only received the Court's order on April 25, 2023, and cannot timely prepare his statement by the current deadline.

  Further, he states that the Court is using an "incorrect" mailing address for his institution of confinement, with the mail going to the "regular 'non-legal' mail" address, which results in delays. He indicates that the "confidential legal mail" address featured on his filings will result in

1

faster processing of his mail.  The Court construes Plaintiff's filing as a notice of change of address and will send future mailings to the address that Plaintiff has offered.[1]

Based on Plaintiff's representations, IT IS ORDERED as follows:

1. Plaintiff's motion (ECF No. 58) for an extension of time to file his scheduling and discovery statement is granted.
2. Plaintiff shall file his statement by no later than June 19, 2023.
3. The Clerk of Court is directed to update Plaintiff's address on the docket as follows:

   California Substance Abuse and Treatment Facility
   Corcoran State Prison
   P.O. Box 7100
   Corcoran, California 93212-7100

4. Lastly, as it appears from the answer that Defendant's name is spelled as "Suazo," the Clerk of Court is directed to reflect this spelling on the docket.

IT IS SO ORDERED.

Dated:   **May 4, 2023**                         /s/ Erica P. Grosjean
                                                UNITED STATES MAGISTRATE JUDGE

---

[1] The Court is not making any determination as to how Plaintiff's institution of confinement must process or categorize his mail from the Court.  It is merely directing the mail to the address Plaintiff has designated.

2